423 A.2d 1317

Busik et al., Appellants, v. Lafferty et al.

Argued March 21, 1979. D. Shenkle, for appellant; Edward J. McGlinchey, for appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Order affirmed.

423 A.2d 1317

Butcher v. Butcher, Appellant.

Submitted March 23, 1979. Josephine A. Nelson, for appellant; Albert Shapiro, for appellee.

Before PRICE, SPAETH, and LIPEZ, JJ.

Order and decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in the case.